UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

LEROY HOPKINS,

        Plaintiff,        Case No. 1:15-cv-77

v.        Honorable Paul L. Maloney

MICHIGAN DEPARTMENT OF
CORRECTIONS et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's federal claims be DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c) for failure to state a claim.

IT IS FURTHER ORDERED that Plaintiff's state-law claims be DISMISSED WITHOUT PREJUDICE.


Dated:  March 13, 2015        /s/ Paul L. Maloney
                                                                                  Paul L. Maloney
                                                                                  Chief United States District Judge